UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA PERGEAU,

     Plaintiff,                          Case No. 24-11795

v.

                                     F. Kay Behm

UNITED STATES OF AMERICA,     United States District Judge

     Defendant.
_____/

### **JUDGMENT**

     In accordance with the Opinion and Order issued on February 12, 2026, the

case is **DISMISSED**.

     **SO ORDERED**.

Date: February 12, 2026            s/F. Kay Behm
                                 F. Kay Behm
                                 United States District Judge

1